Alana K. BULLIS, Plaintiff—
Appellant,

v.

Martha SANDERLIN, Defendant—
Appellee,

v.

City of Dupont, Defendant-third-
party-defendant—Appellee.

No. 05–35965.

United States Court of Appeals,
Ninth Circuit.

---

Submitted March 8, 2006.*

Decided March 16, 2006.

Alana K. Bullis, Dupont, WA, pro se.

Martin Burns, Esq., McFerran & Burns, Tacoma, WA, for Defendant–Appellee.

Before: CANBY, BEEZER, and KOZINSKI, Circuit Judges.

## MEMORANDUM **

Alana K. Bullis appeals pro se from the district court's summary judgment in her 42 U.S.C. § 1983 action alleging that Martha Sanderlin, acting in concert with city officials, violated her rights by harassing and defaming her. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review de novo the district court's grant of summary judgment, *Morrison v. Hall,* 261 F.3d 896, 900 (9th Cir.2001), and review for abuse of discretion a grant of attorneys' fees, *Price v. State of Hawaii,* 939 F.2d 702, 706 (9th Cir.1991). We affirm.

The district court properly granted summary judgment to Sanderlin because Bullis failed to raise a genuine issue of material fact as to whether Sanderlin's conduct rose to the level of a constitutional violation, or whether she acted under color of state law. *See Ortez v. Washington County,* 88 F.3d 804, 810 (9th Cir.1996); *Paul v. Davis,* 424 U.S. 693, 712, 96 S.Ct. 1155, 47 L.Ed.2d 405 (1976) (defamation, by itself, cannot support a section 1983 claim).

The district court did not abuse its discretion by determining that an award of attorneys' fees was appropriate based on a finding that Bullis's claim was "unreasonable, frivolous, meritless or vexatious." *See Margolis v. Ryan,* 140 F.3d 850, 854 (9th Cir.1998).

**AFFIRMED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

